**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **HOPE WAGGONER and JAMIE TORRES,** § | | |
| as individuals and on behalf of V.T., a minor, § | | |
| § | | |
| *Plaintiffs*, § | | EP-25-CV-00166-RFC |
| § | | |
| v. § | | |
| § | | |
| **THE NEW MEXICO CHILDREN, YOUTH** § | | |
| **& FAMILIES DEPARTMENT and JACOB** § | | |
| **TORRES, in his individual capacity,** § | | |
| § | | |
| *Defendants*. § | | |

## SCHEDULING ORDER

Pursuant to the parties' consent, this case was reassigned to the undersigned Magistrate Judge for all purposes on August 21, 2025. *See* Order Referring Case to U.S. Magistrate Judge, ECF No. 16. No scheduling order has yet been issued in the case. Thus, the Court issues the following Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b):

### A. DEADLINES AND SETTINGS

1. The parties shall complete ADR and file an ADR report in compliance with Rule CV-88 by **February 20, 2026**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **December 1, 2025**, and each opposing party shall respond, in writing, by **December 15, 2025**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **September 30, 2025**.

4. All parties asserting claims for relief shall file their designation of potential witnesses, designation of testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **December 30, 2025**. Parties resisting claims for relief shall file their designation of potential witnesses, designation of testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **December 30, 2025**. All designations

   of rebuttal experts shall be filed within **fourteen (14) days** of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than **thirty (30) days** of receipt of the written report of the expert's proposed testimony, or not later than **thirty (30) days** of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete discovery on or before **March 30, 2026**.  Counsel may, by agreement, continue discovery beyond that deadline, but there will be no intervention by the Court except in extraordinary circumstances.  No trial date will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in Rule CV-7(c) and Appendix C shall be filed no later than **April 30, 2026**.

8. **July 27, 2026, at 9:00 a.m. Mountain Time** – This case is set for a **final pretrial conference** pursuant to Federal Rule of Civil Procedure 16 **before Magistrate Judge Robert Castañeda** in Courtroom #612, on the Sixth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

    The Court may consider and take appropriate action on any of the matters itemized in Local Rule CV-16(f)–(g).  In addition, the Court will address the parties' preparations for trial, discuss courtroom decorum, and resolve any pending matters.

    Notwithstanding the provisions of Local Rule CV-16(f)–(g), each party must file and serve the information provided for in Local Rule CV-16(f) at least **fourteen (14) days** before the scheduled date for the final pretrial conference.  Each party must file and serve the information provided for in Local Rule CV-16(g) at least **seven (7) days** before the scheduled date for the final pretrial conference.

9. **August 3, 2026, at 9:00 a.m. Mountain Time** – This case is set for **JURY TRIAL before Magistrate Judge Robert Castañeda** in Courtroom #612, on the Sixth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

### B.    ADDITIONAL INSTRUCTIONS AND ORDERS

Unless otherwise directed in a future Order of this Court, all other deadlines, not mentioned herein, are governed by the Local Rules of this District and the Federal Rules of Civil Procedure.

In the event that any of above deadlines falls on a weekend or Court holiday, the deadline is modified to be the next Court business day.

   Counsel are ordered to file a written motion of any conflict with the above scheduled trial date **within ten (10) days** of the date of this order.  Failure to comply with this requirement will waive any continuance based upon a conflict in trial schedules.

   **Scheduling Order Modification:** Changes to the items above require leave of Court and will be considered following an appropriate motion; however, the parties are required to file notice with the Court indicating the deadlines of any mutually agreed changes to the items numbered above.  A change in any deadline contained herein will not extend any other deadlines unless those deadlines are specifically extended by order of the Court.

   **Notice of Settlement and Dismissal Papers**: If the parties reach a settlement or otherwise resolve the case, the parties **MUST PROMPTLY FILE** a written notice, apprising the Court of their settlement or resolution, and if they require additional time (not exceeding thirty days, unless good cause is shown) to file dismissal papers, advising the Court by when they expect to file such papers.  To the extent the parties are unable to file dismissal papers **by at least thirty (30) days** before trial, they **MUST FILE** a motion to vacate trial setting, stating why they are unable to file dismissal papers by that time.

   **SIGNED** this 25th day of August, 2025.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**