IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HOPE WAGGONER and JAMIE TORRES, as individuals and on behalf of V.T., a minor, *Plaintiffs*, <br><br> v. <br><br> THE NEW MEXICO CHILDREN, YOUTH & FAMILIES DEPARTMENT and JACOB TORRES, in his individual capacity, <br><br> *Defendants*. | § § § § § § § § § § § § § | EP-25-CV-00166-RFC |

## ORDER TO SHOW CAUSE

On this date, the Court considered the above-captioned case. In its Scheduling Order, ECF No. 17, the Court ordered the parties to "complete ADR and file an ADR report in compliance with Rule CV-88 by **February 20, 2026**." The February 20, 2026 deadline has elapsed, without the parties filing an Alternative Dispute Resolution Report ("ADR Report"), seeking leave from the Court to extend the filing deadline, or providing an appropriate explanation for their noncompliance.

Accordingly, **IT IS ORDERED** that both parties shall, in writing and by no later than Wednesday, February 25, 2026, at 5:00 P.M., **SHOW CAUSE** for their failure to comply with the ADR Report deadline.

**IT IS FURTHER ORDERED** that both parties shall conduct and complete mediation on or before Friday, March 13, 2026, and provide a notice to the Court regarding the outcome of such mediation no later than Friday, March 20, 2026 at 5:00 P.M.

**Failure to comply with any part of this Order may result in sanctions, including but not limited to: (1) dismissing Plaintiff's action, (2) rendering a default judgment against Defendant, or (3) holding one or both parties in contempt of court.**

**SIGNED** this 23rd day of February, 2026.

_____
ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE