# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **HOPE WAGGONER and JAMIE TORRES,** as individuals and on behalf of V.T., a minor,<br>*Plaintiffs,*<br><br>**v.**<br><br>**THE NEW MEXICO CHILDREN, YOUTH & FAMILIES DEPARTMENT and JACOB TORRES, in his individual capacity,**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-25-CV-00166-RFC** |

## ORDER

On this date, the Court considered the parties' Joint Motion for Extension of Time to Complete Mediation [hereinafter "Mot. Ext."], ECF No. 31. For the reasons set forth, the Motion to Extend is **GRANTED**.

On August 25, 2025, the Court ordered the parties to complete Alternative Dispute Resolution ("ADR") "and file an ADR report in compliance with Rule CV-88 by **February 20, 2026**." Scheduling Order, ECF No. 17. After the parties allowed this deadline to elapse without completing ADR or filing a report, the Court ordered both parties to show cause for their failure to comply with the court-imposed deadlines by February 25, 2026. Order Show Cause, ECF No. 26.[1] The Court further ordered the parties to "conduct and complete mediation on or before Friday, March 13, 2026," providing the parties an additional three weeks to complete ADR. *Id.*

---

[1]     The Court notes that both parties' responses to the Order to Show Cause demonstrate a mutual lack of attention to court-imposed deadlines. Pls.' Resp. Order Show Cause, ECF No. 29; Defs.' Resp. Order Show Cause, ECF No. 30. Such casual disregard for the Court's orders **will not be tolerated** moving forward.

Despite this extension and the Court's clear directives, the parties have once again failed to comply with the Court's orders to complete ADR.  Instead, the parties have jointly requested that the Court further extend the deadline to complete ADR to April 13, 2026, to allow them time to complete depositions prior to conducting mediation.  Mot. Ext.  In the interest of facilitating resolution, the Court will allow one final extension to the ADR deadlines.

Accordingly, the Court **ORDERS** that the parties' Motion to Extend, ECF No. 31, is **GRANTED**.

**IT IS FURTHER ORDERED** that both parties shall conduct and complete mediation on or before Monday, April 13, 2026, and provide a notice to the Court regarding the outcome of such mediation no later than Friday, April 17, 2026 at 5:00 P.M.  The Court cautions that, should either party fail to comply with the deadlines imposed in this Order, both parties will be ordered to appear in-person for a show-cause hearing on Monday, April 20, 2026 at 8:00 A.M., during which **sanctions will be imposed**.

**SIGNED** this 16th day of March, 2026.

**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**

2