**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **HOPE WAGGONER and JAMIE TORRES,** as individuals and on behalf of V.T., a minor, <br><br> *Plaintiffs*, <br><br> **v.** <br><br> **THE NEW MEXICO CHILDREN, YOUTH & FAMILIES DEPARTMENT and JACOB TORRES**, in his individual capacity, <br><br> *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-25-CV-00166-RFC** |

## ORDER RESETTING TRIAL AND PRETRIAL CONFERENCE DATES

On this day, the Court considered the above-captioned case. In light of this Court's Order Vacating Trial Date, ECF No. 63, and the Parties' Joint Notice of Trial Dates Availability, ECF No. 65, **IT IS ORDERED** that this case be reset for a **JURY TRIAL** before Magistrate Judge Robert F. Castañeda on **Tuesday, January 19, 2027, at 9:00 a.m.**, in Courtroom #612, on the Sixth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, 79901.

**IT IS FURTHER ORDERED** that the **PRETRIAL CONFERENCE** be reset to take place via video conference on **Monday, January 11, 2027, at 9:00 a.m.**, using a link to be provided by the Court. Arguments concerning objections to testimony, objections to evidence, and motions in limine may be heard on this date.

**SO ORDERED** and **SIGNED** this 12th day of August, 2026.

_____
**ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE**