**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**HOPE WAGGONER and JAMIE TORRES,**
**as individuals and on behalf of V.T., a minor,**

**Plaintiffs,**

**v.** **No. 3:25-cv-00166-RFC**

**JACOB TORRES, in his individual capacity,**

**Defendants.**

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER is before the Court on Defendant Jacob Torres' Motion for Summary Judgment on Qualified Immunity, and for Partial Summary Judgment on Plaintiffs' Damages Claims filed on 9/8/26 [DOC 73 ] ("Motion"). The Court, having reviewed the pleadings, and become fully advised in the premises, finds the Motion is well taken, and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED**. Defendant Jacob Torres is entitled to Qualified Immunity on Plaintiffs' 42 U.S.C. §1983 claims. Plaintiffs' 42 U.S.C. §1983 claims are **DISMISSED**, with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' 42 U.S.C. §1983 claims having been dismissed with prejudice, Court declines to exercise supplemental jurisdiction over Plaintiffs' claims under Texas law for false imprisonment, intentional infliction of emotional distress, tortious interference with parental rights, and negligence, and said claims are **DISMISSED**.

**SO ORDERED.**

______________________________
**THE HONORABLE ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**

**APPROVED:**

**CARRILLO LAW FIRM, P.C.**

/s/ Raul A. Carrillo, Jr.__________
Raul A. Carrillo, Jr., Bar No. 5600
1001 E. Lohman Ave.
Las Cruces, NM 88001
(575) 647-3200
(575) 647-1463 (facsimile)
raul@carrillolaw.org
*Attorney for Defendants*

**APPROVED:**

___________________________
Curtis Waldo
Benjamin Gubernick
WGLA, LLP
717 Texas St. Suite 1200
Houston, TX 77002
curtis@wglawllp.com
ben@wglawllp.com