STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

FILED IN
NOV 12 2024
10:40AM
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of
Hope Lynn Waggoner, a Child.

No. D-307-JQ-2023-00006
Judge Grace B. Duran

**PERIODIC JUDICIAL REVIEW ORDER, PERMANENCY ORDER, AND EXTENSION OF CUSTODY ORDER**

**THIS MATTER,** having come before the Honorable Grace B. Duran, on November 12, 2024, for a periodic judicial review, permanency hearing, and extension of custody. The New Mexico Children, Youth, and Families Department (CYFD) was represented by Chrystian J. Gonzalez, Children's Court Attorney. Hope Lynn Waggoner ~~was~~/was not present and/but was represented by Jennifer Munson, ~~Guardian Ad Litem~~ Attorney. The CASA was present.

The Court, having heard the [evidence] [stipulation of the parties], reviewed the pleadings, and being fully advised on the matter, **FINDS:**

1. The Court has jurisdiction over the subject matter of this cause and the parties in this cause.
2. Hope Lynn Waggoner is not subject to the Indian Child Welfare Act (ICWA)/Indian Family Protection Act (IFPA).
3. The substitute care provider was notified of this hearing and was/was not present and given the opportunity to be heard.



EXHIBIT 1

4. CYFD has made reasonable efforts to implement the case plan previously ordered by the Court.

5. CYFD has made reasonable efforts to finalize the permanency plan currently in effect, which is adoption, as follows: *The Department reported Hope as a runaway on August 23, ~~2025~~ 2024, to law enforcement and to the National Center for Missing and Exploited Children. The Department remains in communication with the child on a weekly basis to ensure her status, and requested from Hope's care coordinator to remain in communication with the child and help her obtain an OBGYN and other medical care in El Paso, Texas. The Department has a monthly individual planning meeting to brainstorm ideas on how to best assist Hope. The Department has remained in contact with the National Center for Missing and Exploited Children.*

6. Further details regarding the efforts and activities of the parties with respect to the case plan are found in the court report for this hearing, filed on November 1, 2024, and incorporated by reference.

7. The case plan proposed by CYFD in its court report for this hearing, filed on November 1, 2024, is appropriate in the circumstances of this case and should be adopted by the Court for implementation by CYFD.

8. The permanency plan proposed by CYFD is adoption; the Court finds that this plan is appropriate and is in the best interests of Hope Lynn Waggoner.

9. Hope Lynn Waggoner does not have any siblings in custody of the Department.

10. It is in the best interests of Hope Lynn Waggoner that she remains in the legal custody of CYFD subject to judicial review as required by law.

11. The Department has made reasonable efforts to identify, locate and give notice to all grandparents and other relatives and to conduct home studies on any appropriate relative who expresses an interest in providing care for the child.

12. It is necessary to safeguard the welfare of Hope Lynn Waggoner that legal custody in CYFD be extended for one year, to November 11, 2025, or until adoption or emancipation, whichever occurs first.

13. CYFD has presented a report for this hearing, filed on November 1, 2024, that contains the facts involved in this matter which are adopted as further findings of the Court.

14. The appointment of Casilda Provencio as Hope Lynn Waggoner's educational decisionmaker and parent for the purposes of the Family Educational Rights and Privacy Act (FERPA) has been reviewed and should continue.

**IT IS THEREFORE ORDERED:**

A. It is in the best interests of Hope Lynn Waggoner that she remains in legal custody of CYFD subject to judicial review as required by law.

B. Legal custody in CYFD shall be extended for one year, to November 11, 2025, or until adoption or emancipation, whichever occurs first.

C. Hope Lynn Waggoner's permanency plan shall be adoption.

D. CYFD and attorneys of record shall have, during the pendency of this case, access to all records and reports relating to investigation, treatment, and/or education. Further

disclosure of records, reports, writing, or related information to third parties or persons is prohibited except as provided by Section 32A-4-33 NMRA 1978.

**IT IS SO ORDERED.**

**THE HONORABLE GRACE B. DURAN**
**DISTRICT COURT JUDGE**

**PREPARED AND PRESENTED BY:**

Chrystian J. Gonzalez
Children's Court Attorney

**APPROVED BY:**

Jennifer Munson
Guardian Ad Litem