STATE OF NEW MEXICO CHILDREN, YOUTH AND FAMILIES DEPARTMENT

# CPS Intake Report

**Report No:** 2040774
**Report Received Date/Time:** 02/20/2025 04:56 AM
**Report Type:** CPS Family

**Report Name Information:**

| | | |
|---|---|---|
| Name: Hope Lynn Waggoner<br>C/O: | Family/Caretaker: | |
| Incident Address : Invalid Address<br>Las Cruces, NM<br>United States | Home Phone:<br>( ) - | Work Phone:<br>( ) - |
| PS Report Address : Invalid Address<br>Las Cruces, NM<br>United States | Home Phone:<br>( ) - | Work Phone:<br>( ) - |
| | Interpreter Needed ? ☐ | Language Preference: English |

**Report Participants**

| Name | Gender | Race | DOB | Age | Roles | Relationship |
|---|---|---|---|---|---|---|
| Sergeant Aguirre | F | Unable to Determir | 00/00/0000 | | RP | Other Professionals |
| Hope Lynn Waggoner | F | White | 02/27/2008 | | AP-HM-PC-RN | Birth Parent |
| Valeria Torres | F | Unable to Determir | 11/20/2024 | 0 | AV-HM | Reference Person |

| **Race Codes:** | | **Roles** | |
|---|---|---|---|
| W: White | AP: Asian Pacific Islander | AV: Alleged Victim | PC: Primary Caretaker |
| B: Black | NA: Native Amer./Alask. Native | AP: Alleged Perpetrator | RN: Report Name |
| LH: Latino/Hispanic | U: Unable to determine | HM: Household Member | CC: Collateral Contact |

**Reporter:**

| Name: | Home Phone: | Work Phone: | Report Method: | Reporter wishes to remain anonymous to family? |
|---|---|---|---|---|
| Sergeant Aguirre | | (915) 249-5498 | Phone | No |

| | |
|---|---|
| Description: Law Enforcement Personnel | Affiliation: Socorro, TX Police Department |

## Allegations:

| Alleged Victim | Alleged Perpetrator | A/N/E CODE: | Description |
|---|---|---|---|
| Valeria Torres | Hope Lynn Waggoner | Physical Neglect | Other Neglect |

EXHIBIT

2

STATE OF NEW MEXICO CHILDREN, YOUTH AND FAMILIES DEPARTMENT

# CPS Intake Report

**Decision:**

| | | | | |
|---|---|---|---|---|
| Case Worker: Charvea Aguilar | ○ Accept | ○ Not Accept | ◉ Pending | |
| Supervisor: Sarah Newberry | ◉ Accept | ○ Not Accept | ○ Pending | 02/20/2025 5:33 AM |
| County Office Manager: | ○ Accept | ○ Not Accept | ◉ Pending | |
| Response Time: Emergency | | | | |

STATE OF NEW MEXICO CHILDREN, YOUTH AND FAMILIES DEPARTMENT

## CPS Intake Report

**Worker Narration :**

COUNTY: Dona Ana
REPORTER: Sergeant Aguirre, Socorro, TX Police Department, Badge #: 514, PH: (915)-249-5498
LETTER: No.

What is the primary language? English.
Does the family reside on tribal lands? No.
Is the child a member of an Indian Pueblo, Nation, or Tribe or eligible for membership? No.
Is the child's parent or guardian a member of an Indian Pueblo, Nation, or Tribe or eligible for membership? No.
Is the family affiliated with the Military, if so, which affiliation? No.
Household members: Hope Lynn (Mother), Valeria (3 Months)

Other Parent's Information and Custody Information: Jaime Torres, Father, DOB: 06/13/2005, Address: Resides in El Paso, TX. PH: (915)-760-1088. No current custody order in place.

Perpetrator Information/Address if Not a Household Member: N/A

At the time of the report, what is the current location of the child(ren): Valeria is located at 240 N Moon, Socorro TX, 79927

Directions to the Home: Unknown to Source.

Police Report # if applicable: 2025000362

NARRATIVE:
This narrative was provided by Maria Aguirre, CPS Texas Case worker:

"Source states their department is requesting assistance for Hope Lynn Wagnor and her child Valeria Torres (11/20/2024). Source spoke with Officer Fuentes and Officer Sifuentes with the number (915)-474-1207. Both children are located at the police station located at 240 N Moon Rd, Socorro, TX, 79927. The officers reported to Source that they are not able to keep the children there any longer and they are requesting CPS assistance. The officers reported to source that the vehicle that the family was traveling in contained, Hope Lynn, Valeria, Jaime Torres (Father) and Paternal Grandfather, Jaime Torres Perez.

The alleged assault was between Jaime Torres Perez and Natalia Figueroa. Source states Natalia is the ex-partner to Jaime Torres Perez. Hope Lynn was staying at Natalia's residence with Valeria until 02/20/2025. Natalia's residence is located at 11940 Los Adobes, Socorro, TX, 79927.

According to Natalia, Jaime Torres Perez and Jaime Torres allegedly got into a verbal altercation with Natalia and they "pulled a knife on her". No arrests were made, and this is an ongoing investigation. It is unknown if Hope Lynn and Valeria were exposed to the incident. Source is requesting a call back from an on-call supervisor".

Officer Aguirre did not have anything further to add except: they would like to add to this narrative that Hope Lynn and Valeria have been in their custody since 2:30 AM -3:30 AM on 02/20/2025 and since they are both minors, they need someone to arrive to pick them up as soon as possible.
Source is requesting an ETA: 915-249-5498

No further information provided.

02/20/2025 5:19 AM SCI worker 513 staffed with SCI Supervisor Sarah Newberry, advised to assign as an Emergency and to contact Dona Ana County.

02/20/2025 5:23 AM SCI worker 513 contacted Dona Ana County and spoke to Claudia Cavazos, who requested for this initial intake to be emailed to ClaudiaJ.Cavazos@cyfd.nm.gov.

COLLATERAL CONTACTS:
Others that have a close relationship with the child/ren: Non-Emergency number for Socorro TX PD. 915-858-9237.
Others to whom the alleged victim may have disclosed the incidents: N/A
Others who may have knowledge of the incidents: N/A

Name of the school: N/A
Grade: N/A
Level of education: (include disability): N/A

If child has 10 or more absences, how is it impacting them academically? N/A

DRUG/ALCOHOL EXPOSED CHILD:
Was a plan of care created? If not, why not? N/A
Do they have a Care Coordinator? N/A
What support services did they engage in prenatally; what new services were referred and accepted on the plan of care? N/A
What is the post-discharge housing plan for the newborn and who will the primary caretaker be? NA
Have the caregivers been trained on care of newborn including any special medical care or treatments specific to this child? N/A
Has there been any specific interactions or behaviors that the parents have displayed that were of concern? N/A

SAFETY QUESTIONS:
Are there currently any weapons in the home? No.
Are there any aggressive or mistreated animals in the home? No.
Is the family violent toward each other or outsiders? Unknown to Source.
Does the family abuse alcohol or drugs? No.

SERVICES QUESTIONS:
Does source know if the family is currently involved in services and if so, what are they? Unknown to Source.
Have the alleged victim/s been medically examined, if so by whom and what were the findings, timeframe, and location as to when the medical exam occurred, specify when the last medical exam took place (within the last 72 hour)? No.

FACTS SEARCH:
Damon E. Waggoner, CPS Family, 723178, closed 08/21/2024
Hope Lynn Waggoner, CPS Child Freed, 759043, opened 06/07/2024 to Hannah K. Duron

STATE OF NEW MEXICO CHILDREN, YOUTH AND FAMILIES DEPARTMENT

## CPS Intake Report

Supervisor Narration :

Emergency. Officer requesting a worker to assist with placement of child.
Cross report Socorro, TX Police Department
SN