EXHIBIT 5

# SCPD
# Incident Sheet

ORI : TX0711600

**Incident Number # :** 2025000362

**Print Date :** 02/26/2025 15:46

## Incident Information

**Incident # :** 2025000362

**Reported Date :** 02/20/2025 01:51

**Investigating Officer :**

**Reporting Officer :** CERDA, ADRIAN

**Occured From :** 02/20/2025 00:35 THU

**Location :** 11940 LOS ADOBES DR
SOCORRO,TX 79927

**Occured To :** 02/20/2025 00:35 THU

**Incident Details**

**Case Status :** FURTHER INVESTIGATION

**Disposition :**

**Status Date :** 02/20/2025 03:00

**Disposition Date :**

**Record Date :**

**Remarks :**

## Associated Name Summary

| FULL NAME | TYPE | INVOLVEMENT | DOB |
|---|---|---|---|
| FIGUEROA, NATALIA YURIDINA | INDIVIDUAL | VICTIM | 06/20/1986 |
| TORRES, JAIME III | INDIVIDUAL | OFFENDER | 06/13/2005 |
| TORRES-PEREZ, JAIME | INDIVIDUAL | INVOLVED, OTHER | 05/21/1981 |
| WAGGONER, HOPE LYNN | INDIVIDUAL | INVOLVED, OTHER | 02/27/2008 |

## Offense Information

**Offense Code :** <22.02(A)(2) PC-13A-0400> 13150005
AGG ASSAULT W/DEADLY WEAPON

**Location :** RESIDENCE/HOME

**Primary Offense :** ☑

**Attempt :** COMPLETED

**Offense Description :** (A) A PERSON COMMITS AN OFFENSE IF THE PERSON COMMITS ASSAULT AS DEFINED IN SECTION 22.01 AND THE PERSON:

(2) USES OR EXHIBITS A DEADLY WEAPON DURING THE COMMISSION OF THE ASSAULT.

**Offense Information :**

**Offense Code :** <51.03 (B) (2) FC-90Z> 290000
CONDUCT INDICATING NEED FOR SUPERVISON (RUNAWAY)

**Location :** RESIDENCE/HOME

**Primary Offense :** ☐

**Attempt :** COMPLETED

**Offense Description :** § 51.03. DELINQUENT CONDUCT; CONDUCT INDICATING A NEED FOR SUPERVISION. (B) THE PENAL ORDINANCES OF ANY POLITICAL SUBDIVISION OF THIS STATE; (2) THE ABSENCE OF A CHILD ON 10 OR MORE DAYS OR PARTS OF DAYS WITHIN A SIX-MONTH PERIOD IN

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT TO NODISCLOSURE IN ACCORDANCE WITH THE TEXAS OPEN RECORDS ACT DOCUMENTS CONFIDENTIAL BY LAW
DATE FEB 2 6 2025 BY A/Castillo CYFD-NM J. Torres

SCPD

**Incident Sheet**

ORI : TX0711600

**Incident Number # :** 2025000362

**Print Date :** 02/26/2025 15:46

THE SAME SCHOOL YEAR OR ON THREE OR MORE DAYS OR PARTS OF DAYS WITHIN A FOUR-WEEK PERIOD FROM SCHOOL; (3) THE VOLUNTARY ABSENCE OF A CHILD FROM THE CHILD'S HOME WITHOUT THE CONSENT OF THE CHILD'S PARENT OR GUARDIAN FOR A SUBSTANTIAL LENGTH OF TIME OR WITHOUT INTENT TO RETURN; (4) CONDUCT PROHIBITED BY CITY ORDINANCE OR BY STATE LAW INVOLVING THE INHALATION OF THE FUMES OR VAPORS OF PAINT AND
OTHER PROTECTIVE COATINGS OR GLUE AND OTHER ADHESIVES AND THE VOLATILE CHEMICALS ITEMIZED IN SECTION 484.002, HEALTH AND SAFETY CODE; 5) AN ACT THAT VIOLATES A SCHOOL DISTRICT'S PREVIOUSLY COMMUNICATED WRITTEN STANDARDS OF STUDENT CONDUCT FOR WHICH THE CHILD HAS BEEN EXPELLED UNDER SECTION 37.007(C), EDUCATION CODE; OR (6) CONDUCT THAT VIOLATES A REASONABLE AND LAWFUL ORDER OF A COURT ENTERED UNDER SECTION 264.305.

**Incident Name**

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT TO NODISCLOSURE IN ACCORDANCE WITH THE TEXAS OPEN RECORDS ACT DOCUMENTS CONFIDENTIAL BY LAW
DATE FEB 2 6 2025 BY TO

# SCPD
# Incident Sheet

**ORI :** TX0711600

**Incident Number # :** 2025000362

**Print Date :** 02/26/2025 15:46

## Incident/Name Info :

**Involvement :** VICTIM

**Linked Name :** FIGUEROA, NATALIA YURIDINA

## Name Information :

**Name Unknown :** ☐

**Last Name :** FIGUEROA

**First Name :** NATALIA

**Middle Name :** YURIDINA

**Suffix :**

**Name Type :** INDIVIDUAL

**Race :** WHITE

**Ethnicity :** HISPANIC

**Gender :** FEMALE

**DOB :** 06/20/1986

**Age :** 38 to

**Driver's License # :** 23519298

**Driver's License Expiration Date :**

**Driver's License State :** TEXAS

**Driver's License Class :**

**SSN :** 642105628

**Passport # :**

**Country Of Issuance :**

**Home Address :** 3901 HERCULES EL_PASO, 18 #18, EL PASO, TX, 79904

**Mailing Address :**

**Home Phone :** (915) 252-1044

**Work Phone :**

**Other Phone :** (720) 492-2365

**Cell Phone :** (720) 461-3170

**Email :**

**Secondary Email :**

**State ID :** TX06499551

**Eye Color :** BROWN

**Hair Color :** BLACK

**Glasses :**

**Height :** 5'2" to

**Weight :** 150 to

**Juvenile :** ☐

**Date Issued :**

**Passport Expiration Date :**

## Related Offenses :

☑ <22.02(A)(2) PC-13A-0400> 13150005 AGG ASSAULT W/DEADLY WEAPON

☐ <51.03 (B) (2) FC-90Z> 290000 CONDUCT INDICATING NEED FOR SUPERVISON (RUNAWAY)

## Relationship with Suspects :

| Suspect Name | Relationship | Living Together |
|---|---|---|
| TORRES, JAIME , III | RELATIONSHIP UNKNOWN | |

## Victim Information :

**Victim Injury Category :**

**Weapon Causing Most Injuries :**

**Victim Injury :** NONE

**Victim Injury 2 :**

**Victim Injury 3 :**

**Victim Injury 4 :**

**Circumstance :** UNKNOWN CIRCUMSTANCES

**Additional Circumstance :**

**Domestic Disturbance :**

**Domestic Violence :** ☐

**Victim Transported :**

**Order of Protection :** ☐

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
FEB 2 6 2025 TO

SCPD

**Incident Sheet** ORI : TX0711600

**Incident Number # :** 2025000362 **Print Date :** 02/26/2025 15:46

**Victim Injury 5 :** **Violated :**

## Incident Name

### Incident/Name Info :

**Involvement :** OFFENDER

**Linked Name :** TORRES, JAIME , III

### Name Information :

**Name Unknown :** ☐

**Last Name :** TORRES

**First Name :** JAIME

**Middle Name :**

**Suffix :** III

**Name Type :** INDIVIDUAL

**Race :** WHITE

**Ethnicity :** HISPANIC

**Gender :** MALE

**DOB :** 06/13/2005

**Age :** 19 to

**Driver's License # :** 47023891

**Driver's License Expiration Date :**

**Driver's License State :** TEXAS

**Driver's License Class :**

**SSN :** 640961261

**Passport # :**

**Country Of Issuance :**

**Home Address :** 4651 COHEN #194, EL PASO, TX, 79924

**Mailing Address :** 4016 PORTER AVE #4, EL PASO, TX, 79930

**Home Phone :** (915) 255-5268

**Work Phone :**

**Other Phone :** (915) 203-4725

**Cell Phone :** (915) 760-1088

**Email :**

**Secondary Email :**

**State ID :** 19121405

**Eye Color :** BROWN

**Hair Color :** BLACK

**Glasses :**

**Height :** 5'4" to

**Weight :** 120 to

**Juvenile :** ☐

**Date Issued :**

**Passport Expiration Date :**

### Related Offenses :

☑ <22.02(A)(2) PC-13A-0400> 13150005 AGG ASSAULT W/DEADLY WEAPON

☐ <51.03 (B) (2) FC-90Z> 290000 CONDUCT INDICATING NEED FOR SUPERVISON (RUNAWAY)

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
DATE FEB 2 6 2025 BY TO

SCPD

# Incident Sheet

ORI : TX0711600

**Incident Number # :** 2025000362

**Print Date :** 02/26/2025 15:46

## Incident Name

## Incident/Name Info :

| | | | |
|---|---|---|---|
| **Involvement :** | INVOLVED, OTHER | **Linked Name :** | TORRES-PEREZ, JAIME |

## Name Information :

| | | | |
|---|---|---|---|
| **Name Unknown :** | ☐ | **Home Address :** | 113 ARCH ANGEL WAY, CHAPARRAL, NM |
| **Last Name :** | TORRES-PEREZ | **Mailing Address :** | |
| **First Name :** | JAIME | **Home Phone :** | (915) 821-0004 |
| **Middle Name :** | | **Work Phone :** | |
| **Suffix :** | | **Other Phone :** | |
| **Name Type :** | INDIVIDUAL | **Cell Phone :** | (915) 346-9006 |
| **Race :** | WHITE | **Email :** | |
| **Ethnicity :** | HISPANIC | **Secondary Email :** | |
| **Gender :** | MALE | **State ID :** | 05930463 |
| **DOB :** | 05/21/1981 | **Eye Color :** | BROWN |
| **Age :** | 43 to | **Hair Color :** | BROWN |
| **Driver's License # :** | 17562415 | **Glasses :** | |
| **Driver's License Expiration Date :** | | **Height :** | 5'4" to |
| **Driver's License State :** | TEXAS | **Weight :** | 150 to |
| **Driver's License Class :** | | **Juvenile :** | ☐ |
| **SSN :** | 583893564 | **Date Issued :** | |
| **Passport # :** | | **Passport Expiration Date :** | |
| **Country Of Issuance :** | | | |

## Incident Name

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
DATE FEB 2 6 2025 TO

SCPD

# Incident Sheet

ORI : TX0711600

Incident Number # : 2025000362

Print Date : 02/26/2025 15:46

## Incident/Name Info :

Involvement : INVOLVED, OTHER

Linked Name : WAGGONER, HOPE LYNN [J]

## Name Information :

Name Unknown : ☐

Last Name : WAGGONER

First Name : HOPE

Middle Name : LYNN

Suffix :

Name Type : INDIVIDUAL

Race : WHITE

Ethnicity : NON-HISPANIC

Gender : FEMALE

DOB : 02/27/2008

Age : 16 to

Driver's License # :

Driver's License Expiration Date :

Driver's License State :

Driver's License Class :

SSN : 649466269

Passport # :

Country Of Issuance :

Home Address : DONA ANA COUNTY, LAS CRUCES, NM

Mailing Address :

Home Phone :

Work Phone :

Other Phone : (575) 680-0281

Cell Phone :

Email :

Secondary Email :

State ID :

Eye Color : GREEN

Hair Color : BLACK

Glasses :

Height : 4'10" to

Weight : 113 to

Juvenile : ☑

Date Issued :

Passport Expiration Date :

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
DATE FEB 2 6 2025 BY TO

SCPD

# Incident Sheet

ORI : TX0711600

Incident Number # : 2025000362

Print Date : 02/26/2025 15:46

## Narratives

Report #: 2025000362-0000

Author : CERDA, ADRIAN (560)

Title :

Entered On : 02/20/2025 03:30

Narrative :

0/2/20/25 0035 HRS

Officer Sifuentes #520 and I were dispatched to 11940 Los Adobes in El Paso County, TX in reference to an aggravated assault. We met with the Victim who stated the Offender displayed a knife and threatened her. The Victim stated she felt threatened and feared for her life. The Victim wishes to file criminal charges against the Offender.

Officer A. Cerda #560

Socorro Police Department

LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NONDISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
FEB 2 6 2025 DATE BY TO

**SCPD**

# Incident Sheet

**ORI :** TX0711600

**Incident Number # :** **2025000362** **Print Date :** 02/26/2025 15:46

**Report #:** 2025000362-0000 **Author :** CERDA, ADRIAN (560)

**Title :** **Entered On :** 02/20/2025 05:55

**Narrative :**

02/20/25 0035 HRS.

Officer Sifuentes #520 and I were dispatched to 11940 Los Adobes in El Paso County, TX in reference to an aggravated assault that had just occurred.

While responding to the address, Socorro Police Dispatch advised that the Offender left the scene in a tan in color van, headed westbound on N. Loop from the address on Los Adobes.

0039 Hrs.

Officer A. Donohue #535 located a tan in color Dodge Caravan displaying New Mexico AJRM80 traveling westbound at the 9900 block of N. Loop and conducted a felony stop. Shorty after, we arrived to the traffic stop and assisted Officer Donohue with taking the occupants of the vehicle into custody.

The occupants were identified as follows:

Driver - Jaime Torres-Perez DOB 05/21/81/IO1

Front Passenger - Jaime Torres DOB 06/13/05/Offender

Rear passenger - Hope Waggoner DOB 02/27/08/IO2

The IO1 is Father to the Offender. The Offender and IO2 are boyfriend/girlfriend. The Offender and IO2 have a 3 month-old Daughter (Valeria Torres DOB 11/20/24) who was also an occupant of the vehicle at the time of the traffic stop.

After taking the occupants into custody, we spoke with the the IO2 who advised of the following:

IO2 stated she has been staying at 11940 Los Adobes for the past three days with "Natalia" (Natalia Yuridina Fiugueroa DOB 06/20/86/Victim) who is a family member. The IO2 stated that on today's date, she asked the Offender to pick her up because she no longer wanted to stay with the Victim for certain reasons. The IO2 stated the Offender later arrived to the residence along with the IO1. The IO2 stated that when she was getting picked up by the Offender, the Offender and Victim got into a verbal altercation because the Victim did not want the IO2 to leave with him. The IO2 stated at one point, the Offender and Victim tugged over the car seat. The IO2 stated she got into the Offender's vehicle and they all departed the scene. The Victim stated she left with the Offender on her own free will. The Victim stated it never got physical between the Offender and Victim. The IO2 stated she did not see the Offender display a weapon towards the Victim.

We spoke with the Offender who advised of the following:

The Offender stated he and the IO1 went to pick up the IO2 from the Victim's house. The Offender stated that when picking up the IO2, the Victim was not letting her leave. The Offender stated he told the Victim "not to try anything" because he had a knife, however he stated he never displayed it towards the Victim nor did he ever

...O LAW ENFORCEMENT AGENCY ONLY
...ERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
...O NODISCLOSURE IN ACCORDANCE WITH THE
...EXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
DATE FEB 26 2025 BY TO

SCPD
**Incident Sheet**

ORI : TX0711600

**Incident Number # :** 2025000362

**Print Date :** 02/26/2025 15:46

threaten her. The Offender stated the knife was in the backseat of the van the entire time.

We recovered the knife as evidence. The knife is described as a black in color automatic knife with green marijuana symbols on the handle.

We spoke with the IO1 who advised of the following: He and the Offender went to pick up the IO2 and her daughter from the Victim's house. The IO1 stated the Offender never displayed a knife towards the Victim nor did he threaten her.

0056 Hrs.

We arrived to 11940 Los Adobes and met with the Victim who advised of the following:

The Victim is currently in the process of gaining legal guardianship over the IO2. The Victim let us know that the IO2 is entered as a runaway juvenile out of the state of New Mexico. The Victim stated she has been in contact with the IO2's CPS case worker (Hannah Duron - Phone #505-629-8219).

The Victim stated that when the Offender arrived to the residence, he displayed a knife and "swung" it at her. The Victim stated the Offender then forced the IO2 into the vehicle before driving off. The Victim only described the knife as being black in color. The Victim stated she did fear for her life and wishes to file criminal charges against the Offender.

Officers E. Sifuentes and J. Fuentes assisted by contacting Child Protective Services and were provided reference numbers #79801419 (Texas CPS) and #2040774 (New Mexico CPS).

Officer Donohue assisted by transporting the IO2 and her child to Socorro Police patrol station located at 240 N. Moon for temporary holding, awaiting CPS response.

0545 Hrs.

The knife was submitted as evidence into locker #47.

My encounter with all involved parties was recorded using my department issued body camera #0111.

This case will be forwarded to CID for further investigation.

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
DATE BY TO
FEB 26 2025

SCPD

**Incident Sheet** **ORI :** TX0711600

**Incident Number # :** **2025000362** **Print Date :** 02/26/2025 15:46

Officer A. Cerda #560

Socorro Police Department

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
FEB 2 6 2025 TO

## Calls For Service

**Current Record CFS #:** 2025004470 **Occurred:** 02/20/2025 00:30 **Agency:** SCPD

Edit Record Data Sheet Locking Alerts Attachments (0) Share

**Remarks:** 2025-02-20T00:30:16
: NW SECTOR =+031.61654 X=-106.2425 2025-02-20T00:30:16
: RP ADV SON WAS THREATENING HER WITH A KNIFE 2025-02-20T00:30:33
: XFER TO SOCORRO 2025-02-20T00:30:48
: STEPSON WAS IN THE HOUSE 2025-02-20T00:31:07
: PUSHED EX FEMALE HALF IN THE CAR 2025-02-20T00:31:24
: TOOK OFF IN A TAN VAN 2025-02-20T00:31:43
: TOOK OFF DOT NORTH LOOP 2025-02-20T00:31:56
: TOOK OFF TOWARDS EP JUR 2025-02-20T00:32:09
: SUBJ NAME JAIMES TORRES 06132006 2025-02-20T00:32:26
: FEMALE HOPE 2025-02-20T00:32:39
: FEMALE IS CONSIDERED A RUNAWAT 2025-02-20T00:32:54
: WILL BE HAVING AN INFANT IN THE VEH 2025-02-20T00:33:23
: 4651 COHAN AVE APT 194 BLDG 19/WHERE MALE SUBJ LIVES 2025-02-20T00:34:05
: MALE SUBJ HELD THE FEMALE AT KNIFE POINT 2025-02-20T00:34:30
: WAS NOT SIG 90 2025-02-20T00:34:52
: MALE SUBJ PUSHED RP 2025-02-20T00:35:16
: M3F83 -- ENRT 2025-02-20T00:35:35
: RP NATALIA 2025-02-20T00:36:03
: M3S81 – ERT 2025-02-20T00:36:18
: M3S81 – WILL BE HEADING EB ON NORTH LOOP AT THIS TIME 2025-02-20T00:36:37
: WILL POSS HAVE NM PLATES 2025-02-20T00:37:17
: M3F83 -- ITA ATL 2025-02-20T00:38:00
: M3S81 – 3799 NORTH LOOP:SUPPV 2025-02-20T00:38:35
: VEH AJRM80 NM 2025-02-20T00:38:44
: **2ND CALL 2025-02-20T00:39:23
: RP: NICOLA ROBINSON /3RD PARTY 2025-02-20T00:39:45
: ADV OF SAME 2025-02-20T00:39:47
: RP NOT 97 FEM CT RP 2025-02-20T00:40:26
: RP REQ CT TO 505-412-2562 2025-02-20T00:41:26
: M3F82 -- 97 2025-02-20T00:43:36
: M3S81 – OW THE UNITS CODE 4 X1 DETAINED 2025-02-20T00:43:56
: M3F83 -- ENRT TO THE ORIGINAL LOC 2025-02-20T00:56:58
: M3F82 -- 27-29 WF WAGGONER HOPE LYNN02272008 2025-02-20T00:58:38
:

...FORCEMENT AGENCY ONLY
...AIN ELEMENTS OF THIS CASE ARE SUBJECT
...O NONDISCLOSURE IN ACCORDANCE WITH THE
...EXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
FEB 2 6 2025 BY
TO

M3F82 -- TORRES JAIME 06132003 2025-02-20T00:58:55
:
M3F83 -- MYSELF AND 3S84 ROLLING UP 97 2025-02-20T01:06:15
:
ATTEMPTED CB X2 NO CT 2025-02-20T01:09:36
:
M3F83 -- OW FIGUEROA NATALIA 19860620 2025-02-20T01:27:52
:
M3F83 -- BOTH UNITS BACK ENRT TO THE T-STOP 2025-02-20T01:32:54
:
M3F83 -- UNITS 97 2025-02-20T01:41:27
:
M3F83 -- CN REQ 2025-02-20T01:52:17
:
M3S81 – 10-14 X2 TO 240 SM .53193.7 2025-02-20T02:01:10
:
M3S81 – 97 AT 240 EM 53195.1 2025-02-20T02:05:21
:
AS PER M1S04 ADV CPS NM WILL BE ERT UNK ETA 2025-02-20T02:18:40
:
RP WANTS TO SPEAK TO DAUGHTER 2025-02-20T02:23:34
:
JAIME TORRES AND FATHER OF FEM IN CUSTODY WANT TO SPEAK TO OFFICER 2025-02-20T02:23:34
:
** LOI search completed at 02/20/25 02:18:50 2025-02-20T02:23:34
:
** Event M2025004474 was viewed at: 02/20/25 02:18:54 ** >>>> by: NATALIE SAENZ on terminal: sc02 2025-02-20T02:23:34
:
** Event M2025004474 was viewed at: 02/20/25 02:19:26 ** >>>> by: NATALIE SAENZ on terminal: sc02 2025-02-20T02:23:34
:
X2 CALL RP WAS ADVISED BY PSC 2025-02-20T02:23:34
:
** Event M2025004474 was viewed at: 02/20/25 02:23:26 ** >>>> by: NATALIE SAENZ on terminal: sc02 2025-02-20T02:23:34
:
Same event 2025-02-20T02:23:34
:
End of Duplicate Event data 2025-02-20T02:23:34
:
JAIME TORRES PS 9157601088 2025-02-20T02:40:51
:
JAIME TORRES OA 240 WITH ITEMS FOR INFANT 2025-02-20T03:19:18
:
UPDT CN AGG ASSAULT 2025-02-20T05:24:27
:
M3S84 – 10/7 2025-02-20T06:03:24
:
M1S86 – 16 YOF HOPE LYNN WAGGONER 02-27-2008// SHE WAS REFR TO CPS WORKER JACOB R TORRES 575-993-9054 // AS OF 08:18 HRS 02/20/25 2025-02-20T08:30:48
:
M1S86 – 3F83 ARE 10-7 2025-02-20T08:34:07

TO LAW ENFORCEMENT AGENCY ONLY
CERTAIN ELEMENTS OF THIS CASE ARE SUBJECT
TO NODISCLOSURE IN ACCORDANCE WITH THE
TEXAS OPEN RECORDS ACT DOCUMENTS
CONFIDENTIAL BY LAW
FEB 26 2025
DATE BY TO