Case Name: Hope Waggoner
FACTS #: 767252
Report date and Time: 2/20/2025 @ 5:19am
Initiation date and time: 2/20/2025 @ 8:14am
AV: Valeria Torres
AP: Hope Waggoner
Allegations, Other Neglect

1. At 8:14am on February 20th, 2025, this investigator met with Hope Waggoner at the Socorro Police dept and met with victims Advocate Lorenza Elias. Investigator weas able to get a visual and checked over Valeria Torres. She was clean and healthy with no visible marks or bruising. Due to her age, she was unable to interview. Hope stated that there a verbal altercation between Jaime Torres and his parents she deemed unnecessary but did not want to expand on it. She did not give any more information at that time.
2. At 8:26pm on February 20th, 2025, this investigator along with Hope and Valeria were driving back to Las Cruces and Hope did expand about the incident. Hope stated she was in the process of Jaime's stepmother taking custody of her but stated she felt she was being kidnapped, and they only wanted her baby. Hope then disclosed that she would run the first chance she got but did not say where or when.
3. At 9:58am on February 20th , 2025, this investigator spoke with Permeancy worker Hannah Duron. Hannah is Hopes worker. Hannah stated she has not work with her that often as she is always on the run, but she does keep in contact with Hope over the phone. Hannah stated she is constantly leaving New Mexico to stay with Jaime in El Paso, TX. Hannah stated she has heard there are incidents of domestic Violence between Hope and Jaime. Hannah shared her concerns of Jaime around Hope and Valeria due to the domestic violence as well as Valeria being with Hope when she flees.
4. At 10:08pm on February 20th, 2025, this investigator spoke to Natalia Figuoura, Jaimes stepmother who was present during the incident. Natalia stated she was helping Hope into a van when Jaime came up to them and stated a verbal Argument. Jaime then pulled a knife and physically threatened her with it. Jaime then grabbed Valeria and physically tossed her in the car. Jaime then grabbed Hope and forced her into the car. Jaime also got a stroller and forced it in the van and it caused Hope to get hit with it. Jaime then left the residence with Hope and Valeria in the van. Natania stated she has had conversations with Hope about the domestic violence where Jaime does physically assault Hope. Natalia stated he has assaulted her while she was pregnant. Natalia has concerns for Jaime being around then as she stated he is mentally unstable. Natalia stated he has been in and out of psychiatric hospitals and does have a criminal history.
5. At 10:59am on February 21st, 2025, this investigator was contacted by Jaime Torres. Jaime denied any domestic violence, stating he went to the home to pick up Hope and Valeria since they were staying only to visit the family. Jaime denied there being a weapon during that time. Jaime did not give anymore information.
6. At 7:07pm on February 20th, 2025, this investigator Received custody from officer Loya of LCPD due the concerns of the domestic violence and the disclosures and history or fleeing. Hope was notified face to face with this investigator and was notified of the reasons why.
7. At 10:24am on February 21st, 2025, this investigator contacted Jaime and notified and let him know the reason of the custody of Valeria. Jaime got very verbally aggressive over the phone. Jaime continued to deny domestic violence or any weapons being used. Jaime then hung up on the worker.
8. At 10:54am on February 21st, 2025, this investigator was contacted by Maria Reyes, Jaimes' mother.

EXHIBIT
tabbies
6

Maria asked worker about Valeria, but investigator notified maria that I was not allowed to give information to her. Maria stated that nothing bad has happened between Hope and Jaime and continued to ask about Valerias whereabouts. The investigator let Maria know that information could not be given out. Maris did not want to answer any more questions.

9. At 12:25pm on February 21st, 2025, this investigator Contacted Ms. Elias with Socorro PD. Lori stated Hope did not disclose anything else about the incident. Hope only stated that she does not think the incident was of any importance. Ms. Elias stated she had tried to help hope but Hope was not receptive of anything she was saying and denied any assistance. Ms. Elias stated Hope had been living with Jaime for a year but did not give any details of where or conditions of the home.
10. At 4:07pm on February 21st, 2025, Fostering Connections worker talked to Hope over the phone. Hope continued to deny any altercations or incidents the past few days. During the call, Irene was able to hear Jaime talking to Hope and they continued to deny the events that had happened but did confirm that they were in El Paso. Irene stated Hope and Jaime blame Natalia for what is currently happening.
11. At 10:46am on February 24th, 2025, this investigator was contacted by hope. Hope was asking how and when she would be able to get her baby back. This investigator discussed concerns with Hope about leaving Las Cruces and that that question could not be answered at this time. Hope did confirm that she is in El Paso. During the entirety of the call, this investigator could hear Jaimes voice whispering to Hope. Hope denied that it was Jaime but this investigator continued to hear Jaimes voice.

Case is unsub due to jurisdictial issues but worker feels with collateral information and reports, case could be substaniated and has reason to believe abuse and neglect has happened.

**Created By Jacob Torres on 04/08/2025 at 01:04 pm** **For Case/Provider#767252**
**Subject: Intakes/Referrals** **Item: Investigation Contact**