IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

-----------------------------------x

| | | |
|---|---|---|
| HOPE WAGGONER AND JAMIE TORRES, AS INDIVIDUALS AND ON BEHALF OF V.T., A MINOR, | : | |
| PLAINTIFFS, | : | Case No.: |
| v. | : | 3-25-CV-00166-RFC |
| THE NEW MEXICO CHILDREN, YOUTH & FAMILIES DEPARTMENT AND JACOB TORRES, | : | |
| DEFENDANTS. | : | |

-----------------------------------x

Deposition of HANNAH DURON
Conducted Virtually
Friday, May 29, 2026
9:32 a.m.

Job No.: 635233
Pages: 1 - 59
Recorded By: Jonathan Rodriguez-Franco

EXHIBIT
tabbies
7

Deposition of HANNAH DURON, conducted virtually.

Pursuant to Notice, before Jonathan Rodriguez-Franco, Notary Public, in and for the State of Texas.

P R O C E E D I N G S

THE REPORTER: I'm a notary authorized to administer oaths, and this deposition will be recorded by electronic means.

All parties understand and agree that any certified transcript produced from recording of this proceeding is intended for all use permitted under applicable, procedural, and evidentiary rules and laws, and shall constitute written stipulation.

The parties stipulate to the use and certification of this testimony consistent with applicable of such.

Hearing no objection, I will now swear in the witness.

Please raise your right hand. I think you're -- you were muted for a little bit.

THE WITNESS: Can you hear me now?

THE REPORTER: Yes.

THE WITNESS: Okay.

Whereupon,

HANNAH DURON,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Counsel, you may proceed.

A Not that I can remember.
Q Did she ever say that she felt fear of physical assault from Jaime Torres?
A Not that I can remember.
Q Did she ever tell you that Jaime Torres brandished a weapon toward her?
A Not that I can remember.
Q All right. Did she ever reference any -- and again, people use the term in different ways, but just however you -- you think of the term domestic violence. Did she ever say that there was domestic violence going on with Jaime Torres and herself?
MR. CARRILLO: Objection form. You can go ahead and answer.
THE WITNESS: She didn't say it directly in those words, but from the -- again, the continuousness of the pattern I am working prior in with domestic violence victims, I could say that that could have been the case that there was some domestic violence going on in the home. Whether it was physical or verbal, I can't speak to that, but I can --
BY MR. WALDO:
Q Okay. And that's what I want to

understand more, Ms. Duron. What are you basing that on when you say you think that there could have been domestic violence in that home? What do you mean?

A Just the reoccurring patterns of her needing assistance whenever they did get into an altercation, into a fight. She felt the need to enter fight or flight mode and flight was it. That's when she would contact us.

Q Okay. So the thing that makes you think it was domestic violence is that she would reach out to you and say, I want to leave this situation.

A Exactly.

Q Okay. Okay. But other than that, there was no indication that there were like, you know, she was getting bruises from Jaime or anything like that. It was just the fact that she wanted to leave at certain times?

A On occasions when we would get her back --

MR. WALDO: I'm sorry you cut out there, Ms. Duron.

THE WITNESS: Can you hear me?

MR. WALDO: No, I couldn't hear you then.

MR. CARRILLO: I've lost the transmission

as well. Hannah, are you still with us?

MR. WALDO: I think she's reloading something.

MR. CARRILLO: You shouldn't be muted, Ms. Duron.

MR. WALDO: Yeah. I can't hear you at the moment.

THE WITNESS: Hear me now?

MR. WALDO: Yes.

THE WITNESS: Okay.

BY MR. WALDO:

Q Yeah. So the question was just about domestic violence. And I just wanted to clarify, when you say you think there could have been domestic violence, you're referring to her reaching out to you and saying, I want to leave this situation. That -- that's what makes you think it was a domestic violence situation?

A Yes. And like I was saying, she did sometimes come back with markings and bruising; however, did not specify whether they were obtained from him.

Q Okay. And did you think that they were from Jaime?

A I would ask her, how did you get the

bruises, and she would just say I fell or, you know, just something very simple. Not a lot of details to it.

Q Okay. So that might pique your interest, but you didn't really have any knowledge that it was from Jaime?

A Yes.

Q Okay. Okay. And you'll recall I think Hope gave birth to Valeria, I don't know, or I think it was like, end of 2024. Is that right?

A Yeah. Possibly. Sorry. It's been a long time.

Q Yeah. Okay. And I won't -- I won't hold you to that because I -- I'm forgetting myself, but.

MR. CARRILLO: November 2024.

MR. WALDO: November 2024. Thank you, Raul. I guess my question is, she one of your assignees for about four months, five months or so with a baby -- with a young baby. Did you have any knowledge of her being a bad mother during those four or five months?

MR. CARRILLO: Objection to the form of the question. Sounds like we lost the witness.

MR. WALDO: Yeah. I couldn't hear what you

MR. WALDO: Okay, Ms. Duron. And Mr. Carrillo reminded me you may have to leave at some point for some travel plans. So I'll -- I'll tell you that I don't plan to be, you know, asking too many more questions but hopefully we'll get this done in the next, you know, 15 or 20 minutes. Okay?
THE WITNESS: Okay. Sounds good.
BY MR. WALDO:
Q All right. Okay. I want to move to the events at issue in Hope's lawsuit. So you were not present in Socorro outside El Paso when Jacob Torrez took Valeria and Hope from the police station back into New Mexico? You were not present, correct?
A Yes. I was not present.
Q Okay. And did you see Hope and Valeria when they got back to Las Cruces?
A Yes.
Q And tell me about that.
A Hope was brought to me with the baby. She stayed with me in my office for a majority of the time until after investigations. Let them know that the baby was going to be taken to the hospital for some testing. Hope went with them. And it was towards the end of the day, so after that, I had

already left.
Q Okay. Any other interaction you had with Hope or Valeria when they came back to Cruces?
A No. It was very much so what does the baby need, getting her the diapers, and bottles, and just making sure the baby was okay and she was too.
Q Okay. And maybe a silly question, but fair to say that Hope wanted to be with her baby at that time, correct?
MR. CARRILLO: Objection form.
THE WITNESS: Yes.
BY MR. WALDO:
Q Okay. Did -- all right. Anything you remember Hope saying about the situation in El Paso, or with the situation with Jacob, or the situation with Valeria, anything you remember Hope saying when she was in your office?
A Not that I can recall.
Q Okay. Do you recall a meeting around this time involving Jacob Torres and possibly others at the Las Cruces CYFD office about whether Valeria should be taken into CYFD custody?
A Yes.
Q And what do you recall about that?