IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

-----------------------------------x

| | | |
|---|---|---|
| HOPE WAGGONER AND JAMIE TORRES, | : | |
| AS INDIVIDUALS AND ON BEHALF OF | : | |
| V.T., A MINOR, | : | |
| PLAINTIFFS, | : | Case No.: |
| v. | : | 3-25-CV-00166-RFC |
| THE NEW MEXICO CHILDREN, YOUTH & | : | |
| FAMILIES DEPARTMENT AND JACOB | : | |
| TORRES, | : | |
| DEFENDANTS. | : | |

-----------------------------------x

Deposition of ABIGAIL CORDOVA
Conducted Virtually
Friday, May 29, 2026
11:33 a.m.

Job No.: 635233
Pages: 1 - 67
Recorded By: Jonathan Rodriguez-Franco

EXHIBIT
12

Deposition of ABIGAIL CORDOVA, conducted virtually.

Pursuant to Notice, before Jonathan Rodriguez-Franco, Notary Public, in and for the State of Texas.

P R O C E E D I N G S

THE REPORTER: I'm a notary authorized to administer oaths, and this deposition will be recorded by electronic means.

All parties understand and agree that any certified transcript produced from the recording of this proceeding is intended for all uses permitted under applicable, procedural, and evidentiary rules and laws, and shall constitute written -- evidentiary rules and laws and shall constitute written stipulations.

The parties stipulate to the use and certification of this testimony, consistent with applicable law of such.

Hearing no objection, I will now swear in the witness.

Please raise your right hand.

Whereupon,

ABIGAIL CORDOVA,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE REPORTER: Counsel, you may proceed.

EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

MR. CARRILLO: Objection to the form of the question and objection to foundation. If you have an answer, you can go ahead and answer.

THE WITNESS: I mean, I know the supervisor asked -- told Jacob to ask if she wanted to bring the baby with her, and Hope voluntarily said yes, that she was wanting to bring the baby with her.

BY MR. WALDO:

Q Who's the supervisor?

A Claudia Cavazos.

Q Okay. All right. Well, we'll get to that in a minute, but let's go back to the conversation with Jacob then. You asked Jacob this question, why was Valeria with Hope. What did Jacob say?

A He -- he said, I asked if she wanted to bring the baby and she said yes, so they both came with him to New Mexico.

Q Okay. Did Jacob say anything about that Hope didn't want the baby to be with Jamie? Anything like that?

A No.

Q Did Jacob report that Hope had said anything about Valeria being in the custody of CYFD?

of the meeting.

MR. CARRILLO: Thank you, Counsel.

MR. WALDO: Well, and you say you were not in that part of the meeting. I mean, are you aware that there was discussion at all during this meeting about whether they have a right to take Valeria into custody?

MR. CARRILLO: Objection form.

THE WITNESS: No. Like I said, I was -- I didn't finish the meeting. I don't know if they asked this question in that meeting or in another legal meeting, and I don't sit in those, so.

BY MR. WALDO:

Q Yeah, I understand. Okay. Thanks. So now a different question. Was there any discussion -- at the part of the meeting you were in, was there any discussion about the rights of Jamie as the father to Valeria?

A No.

Q Okay. Okay. And you mentioned at the beginning of our time that in February and March, I think you said you became more personally involved with Hope. So we've now been talking about this meeting that happened around February 20, 2025. Tell me about your involvement with Hope at this

point.
A I -- I would take her -- if they had a visit, I would pick her up from daycare and bring her to the office so Jacob can have the visits with Hope, with the baby. Or I -- I did, when Hope went -- they did ask Hope to take the baby to the hospital the first night before she was in custody to make sure she was fine. So they had me take Hope and Valeria to the hospital, along with another permanency worker, because she is in custody. So what else? Just, again, like transports, taking her to and from.
Q Okay. Any other involvement other than transporting her around?
A No.
Q Okay. In your discussions with Hope around this time, did she express concerns to you about Valeria being put into CYFD custody?
A No.
Q Did she express -- did she express any view about Valeria being put into CYFD custody?
A Not that I know of. Again, I wasn't really there for any of the conversations they had with Hope. If they needed me, I would come and help, as in transports. But other than that, I