EXHIBIT
13



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

HOPE WAGGONER and
JAMIE TORRES,
as individuals on
behalf of V.T., a minor,

Plaintiffs,

vs. No. 3:25-cv-00166-DCG

THE NEW MEXICO CHILDREN,
YOUTH & FAMILIES DEPARTMENT
and JACOB TORRES,
in his individual capacity,

Defendants.

DEPOSITION OF JAMIE TORRES
April 2, 2026
9:34 AM
1001 East Lohman
Las Cruces, New Mexico 88001

PURSUANT TO THE NEW MEXICO RULES OF CIVIL PROCEDURE this deposition was:

TAKEN BY: RAÚL A. CARRILLO JR.
ATTORNEY FOR DEFENDANTS

REPORTED BY: Adrianell Poteet Sorrels, CSR, RPR, CRR
NM CCR #562
RUSSIN REPORTING, LLC
P.O. Box 955
Fairacres, New Mexico 88033

JAMIE TORRES

after having been first duly sworn under oath, was questioned and testified as follows:

EXAMINATION

BY MR. CARRILLO:

Q. Would you please state your name and spell your full name for the record.

A. Jamie Torres. It's going to be J-A-I-M-E. And it's going to be T-O-R-R-E-S.

Q. Do you have a middle name?

A. No.

Q. What is your date of birth, please?

A. It's going to be 6/13/05.

Q. And where were you born?

A. El Paso, Texas.

Q. Mr. Torres, how old are you today?

A. 20.

Q. I have to ask you a series of questions that may seem to you to be very personal. They're not intended to be that way. We're set for a trial in El Paso. There may be people who are called in to serve on the jury who know you, or there may be people in New Mexico who know you, if there's a New Mexico case that's tried.

And so I'm going to ask you some questions about

A. Yes.
Q. Did Hope want to go back to New Mexico?
A. No.
Q. So do you think that she was forced to go back?
A. Yes.
Q. Who forced her?
A. Jacob.
Q. On that day, did you go into the police department at all?
A. No.
Q. Did you talk to any police officers about Hope and Valeria on that day?
A. Yes.
Q. Okay. Who did you talk to?
A. I talked to the lady in the front, in the lobby. I had called.
Q. Do you remember that officer's name?
A. No.
Q. And what did -- how did that conversation go? What did you say? What did they say?
A. I was asking what was going to happen, like, if she was going to be released with us or not. Because that's what the officers had said originally, that she was going to get released to us, for us to wait outside for a little while.

So then I was like, it's taking forever. So we called back, and they said she wasn't going to get released, that they were going to come pick her up from New Mexico.

Q. Do you remember the officer who told you that?

A. No, I don't.

Q. Male or female?

A. Female.

Q. Female?

A. Yes, she was female.

Q. Do you know if that was the victim's advocate officer that came up to talk to you?

A. I really don't know.

Q. Can you tell me what she looked like?

A. I can't because she was on the phone. It was a phone call.

Q. Oh, it was on the phone?

A. Yes, it was on the phone.

Q. Okay. So you never went inside the police station?

A. I never went inside the police station.

Q. You didn't participate in any conversations inside the police station?

A. No. No.

Q. All of your communication was by phone?