FILED IN
FEB 26 2025
1:27 PM
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of
Valeria Torres, a Child,

No. D-307-JQ-2025-00005
Judge: Grace B. Duran

and Concerning

Hope Waggoner and Jaime Torres, Respondents.

**EX PARTE CUSTODY ORDER**

I

Valeria Torres is currently in the legal custody of the Children, Youth and Families Department pursuant to a law enforcement hold and is placed in a non-relative resource home.

II

The Court has found there is probable cause to believe that the above named child is, abused or neglected as defined in Section 32A-4-2-NMSA 1978. Furthermore, there is probable cause to believe that **continuation in the home would be contrary to the welfare of the child,** Valeria Torres **because** Respondents have failed to maintain the child in a safe environment by involving the child to domestic violence where the threat of serious harm or death existed.

III

**Reasonable efforts have been made to prevent removal of the child, Valeria Torres from the home as follows:**

- CYFD tried to safety plan, but there are no family members or fictive kin in the State of New Mexico to safety plan with.
- CYFD attempted to plan with the resource family that Hope was placed with but was

EXHIBIT
16

unable to do so with the risk of Ms. Waggoner fleeing with Valeria.

- Valeria's Paternal family is in another state and could not be assessed.

Therefore, it is necessary for the child's protection that the child, Valeria Torres remain in the legal custody of the Children, Youth and Families Department.

IT IS ORDERED that the child, Valeria Torres remain in the legal custody of the New Mexico Children, Youth and Families Department until further order of the court.

Dated this 26 day of Feb., 2025.

District Court Judge