ENDORSED COPY

FILED IN
FEB 25 2025
[illegible] COURT,
[illegible]Y, NM

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of
Valeria Torres, a Child,

No. D-307-JQ-2025-00005
Judge: Grace B. Duran

and Concerning

Hope Waggoner and Jaime Torres, Respondents.

## REQUEST FOR SETTING

1. Judge to whom assigned: Honorable Grace B. Duran
2. Specific Matters to be heard: Temporary Custody hearing to determine whether the above-named child should remain in the custody of Children, Youth and Families Department.
3. Needs to be heard on or before: March 11, 2025
4. Time needed for hearing: One hour or less
5. Parties entitled to notice:
   CCA, Chrystian Gonzalezchrystian.gonzalez@cyfd.nm.gov
   GAL to be appointed
   Attorney for Respondent Hope Waggoner to be appointed
   Attorney for Respondent Jaime Torres to be appointed
   CYFD Investigations Supervisor, Cristina Galarza, cristina.galarza@cyfd.nm.gov
   CYFD Investigator, Jacob Torres, jacob.torres@cyfd.nm.gov
   CASA Director, Brandie White, docs@mesillavalleycasa.org
   Child Abuse and Neglect Citizen Review Board, nm.crb@rld.nm.gov
   Resource Parent(s)/Substitute Care Providers, c/o CYFD

Respectfully submitted,

Chrystian J. Gonzalez, Esq.
Children's Court Attorney
Children, Youth, and Families Department
2805 N. Roadrunner Pkwy.
Las Cruces, NM 88011
Direct: (575) 373-5946
chrystian.gonzalez@cyfd.nm.gov

EXHIBIT
18

CYFD03712