ENDORSED COPY

FILED IN
MAR 06 2025
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of

Hope Lynn Waggoner, a Child.

No. D-307-JQ-2023-00006
Hon. Grace B. Duran

## NOTICE OF RUNAWAY

TO: Judge, Grace B. Duran
CCA, J. Chrystian J. Gonzalez, chrystian.gonzalez@cyfd.nm.gov
GAL, Jennifer Munson, jen.munson@outlook.com
CYFD Permanency Coordinator Supv., Demetra Biglow, demetra.biglow@cyfd.nm.gov
CYFD PPW, Hannah Duron, hannah.duron@cyfd.nm.gov
CASA Director, Brandie White, docs@mesillavalleycasa.org
Child Abuse and Neglect Citizen Review Board, nm.crb@rld.nm.gov
Resource Parent(s)/Substitute Care Providers, c/o CYFD

Please take note that on February 21, 2025, CYFD was notified by program that the child, Hope Lynn Waggoner had run away from her non-relative resource placement in Las Cruces, NM. A report has been filed with the Dona Ana County Sheriff's Department as well as a report has been made to federal databases including NCIC.

CYFD acknowledges its continuing duty to make ongoing reasonable efforts to locate the child.

Respectfully submitted,

Chrystian J. Gonzalez, Esq.
Children's Court Attorney
Children, Youth, and Families Department
2805 N. Roadrunner Pkwy.
Las Cruces, NM 88011
Office: (575) 373-6490
Direct: (575) 373-5946
chrystian.gonzalez@cyfd.nm.gov

EXHIBIT
20



CYFD03401

**Certificate of Delivery**

I certify that a true copy of the foregoing pleading was delivered/emailed to all counsel of record on March 6, 2025.

*Jessica Duran*
CYFD Legal Staff



CYFD03402