# CYFD PROTECTIVE SERVICES DIVISION (PSD) STATEMENT OF REASONABLE GROUNDS FOR TEMPORARY PSD CUSTODY

I, Ofc. Loya C1119, am a law enforcement officer employed by
(name of officer)

LCPD in the State of New Mexico.
(Law Enforcement Agency)

Pursuant to the New Mexico Children's Code (32A-4-6 NMSA 1978), I have placed the below named child(ren) in the custody of the Protective Services Division. I have reasonable grounds to believe that (check as many as apply):

_____ the child(ren) is suffering from an illness or injury as a result of alleged abuse or neglect;

_____ the child(re) has been abandoned;

_____ the parent has been arrested and detained, and there is no caretaker available to assure the child's safety;

✓ the child(ren) is in danger form his or her surroundings and removal from those surroundings is necessary to ensure the safety of the child(ren).

The names of the children placed in PSD custody (and gender and ages, if known) are:

Valeria Torres

[signature] 1119
Officer's Signature

1119
Badge #

02-20-2025
Date

0707pm
Time

EXHIBIT
9
tabbies

CYFD00045