ENDORSED COPY

FILED IN
FEB 25 2025
DISTRICT COURT,
DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of
Valeria Torres, a Child,

No. D-307-JQ-2025-00005
Judge: Grace B. Duran

and Concerning

Hope Waggoner and Jaime Torres, Respondents.

**ABUSE/NEGLECT PETITION**

The New Mexico Children, Youth and Families Department (CYFD), by its children's court attorney, alleges:

1. Respondents have abused or neglected the child, as more fully stated below.
2. The child's name and date of birth is:

| Child's name: | Date of Birth: |
|---|---|
| Valeria Torres | 11/20/2024 |

3. Valeria Torres's residence is: 4651 Cohen Ave. El Paso, TX 79924.
4. The name and address of each parent, guardian, or custodian named as a party in this action are:

| Name: | Address: | Relationship to Child: |
|---|---|---|
| Hope Waggoner | 4651 Cohen Ave.<br>El Paso, TX 79924 | Biological Mother |
| Jaime Torres | 4651 Cohen Ave.<br>El Paso, TX 79924 | Biological Father |

5. The facts giving rise to this petition are set out in the affidavit attached to the motion for ex parte custody order filed by CYFD and incorporated by reference. The affidavit

EXHIBIT
10

reflects the current state of the investigation by CYFD, which is ongoing, and does not preclude the showing of additional facts at trial.

6. Valeria Torres is alleged to be abused or neglected as follows:

   a. Valeria Torres is an abused child as defined in Section 32A-4-2(B)(1) NMSA 1978 in that the child has suffered or is at risk of suffering serious harm because of the action or inaction of the child's parents, Respondents Hope Waggoner and Jaime Torres.

   b. Valeria Torres is an abused child as defined in Section 32A-4-2(B)(4) NMSA 1978 in that the child's parents, Respondents Hope Waggoner and Jaime Torres, have knowingly, intentionally, or negligently placed the child in a situation that may endanger the child's life or health.

   c. Valeria Torres is a neglected child as defined in Section 32A-4-2(G)(2) NMSA 1978 in that the child is without proper parental care and control or subsistence, education, medical, or other care or control necessary for the child's well-being because of the faults or habits of the child's parents, Respondents Hope Waggoner and Jaime Torres, or the failure or refusal of the parents, when able to do so, to provide them.

7. CYFD has initiated an investigation of the allegations and it has been determined that it is in the best interests of Valeria Torres that this petition be filed.

8. There is no reason to know the child is an Indian child as defined in the Children's Code or the Indian Child Welfare Act; therefore, neither the Indian Family Protection Act nor the Indian Child Welfare Act apply.

9. Valeria Torres has been in the custody of the CYFD in Dona Ana County, New Mexico,

since February 20, 2025.

CYFD therefore requests:

1. The Court find that Valeria Torres is a neglected or abused child;
2. CYFD be given legal custody of Valeria Torres
3. A custody hearing be held within ten (10) days of the filing of this petition; and
4. The Court order such other relief as the court deems just and proper.

Respectfully submitted,

Chrystian J. Gonzalez, Esq.
Children's Court Attorney
Children, Youth, and Families Department
2805 N. Roadrunner Pkwy.
Las Cruces, NM 88011
Direct: (575) 373-5946
chrystian.gonzalez@cyfd.nm.gov