FILED IN
MAR 26 2025
DISTRICT COURT, DONA ANA COUNTY, NM

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT
IN THE CHILDREN'S COURT

STATE OF NEW MEXICO, ex rel.
CHILDREN, YOUTH AND FAMILIES DEPARTMENT

In the Matter of
Valeria Torres, a Child,

D-307-JQ-2025-00005
Judge Grace B. Duran

and Concerning
Hope Waggoner and Jaime Torres, Respondents.

**ORDER GRANTING DISMISSAL FOR LACK OF JURISDICTION**

**THIS MATTER** came before the Court on March 20, 2025, upon the Respondent, Jaime Torres' Motion to dismiss for lack of jurisdiction. The Court, having heard argument from all parties and being fully advised in the premises, hereby **FINDS** and **ORDERS** the following:

1. The Court does not have jurisdiction over the child nor any jurisdiction over the Respondent, Jaimc Torres.
2. Children, Youth and Families Department admits to not having jurisdiction.
3. The child does not reside in the state of New Mexico and New Mexico is not the home state of the child.
4. The Respondent's Motion to Dismiss for lack of jurisdiction is well taken and hereby **GRANTED.**
5. The Court orders this case dismissed and that the child be immediately returned to the custody of his parents.

Honorable Grace B. Duran
District Court Judge



EXHIBIT
19

**Prepared and Submitted by:**

*Carlos Ruvalcaba-Trejo*
Carlos E. Ruvalcaba-Trejo
Attorney for Respondent Jaime Torrres

Approved by:

*Approved in court 03/20/2025*
Chrystian Gonzalez
Children's Court Attorney

*Approved in court 03/20/2025*
Jennifer Munson
Attorney Respondent Hope Waggoner

*Did not respond via email*
Alexandra Bobbit
Guardian ad Litem